

## Fourth Court of Appeals
### San Antonio, Texas

October 17, 2014

No. 04-14-00555-CR

Robert **MARTINEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 5, Bexar County, Texas
Trial Court No. 307125
Honorable Jason Pulliam, Judge Presiding

# O R D E R

On December 19, 2013, appellant Robert Martinez filed an application for writ of habeas corpus in County Court at Law No. 5 in Bexar County, Texas. *See* TEX. CODE CRIM. PROC. ANN. art. 11.072 (West Supp. 2014).

On February 4, 2014, the trial court heard arguments on Martinez's application. The trial court determined, and advised Martinez, that he was not being held by any order from County Court at Law No. 5, but he could seek habeas corpus relief in a court of proper jurisdiction. The trial court documented its action in its criminal docket sheet, but it did not issue any order.

Martinez filed a notice of appeal on August 4, 2014. The clerk's and reporter's records have been filed in this court.

On September 9, 2014, we advised Martinez that the clerk's record did not appear to contain an appealable order or judgment. We ordered him to show cause in writing by September 29, 2014, why this appeal should not be dismissed for want of jurisdiction.

On September 30, 2014, the trial court signed findings of fact and conclusions of law, and it denied the relief Martinez sought. The trial court's findings and conclusions were filed in this court on October 2, 2014.

The trial court's September 30, 2014 order is an appealable order. *See id.* Martinez's notice of appeal was timely filed. *See* TEX. R. APP. P. 27.1(b) (prematurely filed notice). Our September 9, 2014 show cause order is satisfied.

Appellant's brief is due THIRTY DAYS from the date of this order.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of October, 2014.

_____
Keith E. Hottle
Clerk of Court